# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# BECKLEY DIVISION

| | |
|---|---|
| **DARRELL R. DEEDS,** ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **CIVIL ACTION NO. 5:10-01149** |
| ) | |
| **MICHAEL J. ASTRUE,** ) | |
| **Commissioner of Social Security,** ) | |
| **Defendant.** ) | |

## MEMORANDUM OPINION AND ORDER

The Defendant, Michael J. Astrue, Commissioner of the Social Security Administration, by counsel, Stephen M. Horn, Assistant United States Attorney for the Southern District of West Virginia, has moved the Court to remand this case to the Commissioner pursuant to the provisions of sentence four of 42 U.S.C. § 405(g) for further administrative action, specifically for further evaluation of Plaintiff's mental impairments and the findings of certain mental health providers. (Document No. 11.) The Defendant asserts that

> Upon the court's remand, an administrative law judge (ALJ) will re-evaluate Plaintiff's mental impairments and the findings of Kimberly D. Caudell, M.A., a licensed psychologist, Katherine Ball, M.S., a licensed psychologist; and Hassan A. Jafary, M.D., a psychiatrist.

(Id. at 1.) Both parties have consented to disposition by the United States Magistrate Judge. (Document Nos. 5 and 6.) Accordingly, there being good cause for the Defendant's Motion to Remand and there being no objection, it is hereby **ORDERED** that the Defendant's Motion to Remand (Document No. 11.) is **GRANTED**. This case is **REMANDED** to the Commissioner of Social Security for further proceedings before an Administrative Law Judge as specified by the Commissioner in his Motion to Remand pursuant to the provisions of sentence four of 42 U.S.C. § 405(g).

The Clerk is directed to send a copy of this Memorandum Opinion to counsel of record.

ENTER: April 11, 2011.

R. Clarke VanDervort
United States Magistrate Judge